**ARA Inc.**
P.O. Box 5002
Villa Park, IL 60181

Tel: (888) 409-5060   Fax: (888) 315-1550
Hours: Monday - Friday 8:00am to 5:00pm

Please see reverse side
for payment information

*******************AUTO**MIXED AADC 350
CELESTE E CRUNK              T23  P1        3109793-01
1216 ETCHFIELD CIR
BRANDON FL 33511-9362

ARA
P.O. Box 5002
Villa Park, IL 60181

February 20, 2017

Please return top portion of this notice with payment.

ORIGINAL CREDITOR:   Chase Manhattan Bank
ACCOUNT NUMBER:      4226856219925
CURRENT BALANCE:     $5,629.33

ARA FILE #: 3109793-01

This letter is to inform you that ARA Inc. has recently obtained and now is the legal owner of your Chase Manhattan Bank Account. All obligations regarding this debt and any applicable interest and or fees have been fully transferred to this office. As of today, you owe **$5,629.33**, which is now due in full.

Please remit a check for the amount of **$5,629.33** payable to ARA Inc. along with the payment slip above in the self addressed envelope provided. Within 30 days of full payment, you will receive a paid in full letter for your permanent records.

If you are unable to pay the entire balance in full, please call **Mark Farmer** at **ext. 3402** Monday - Friday 8:00am - 5:00pm central to discuss acceptable payment arrangements and answer any questions you may have. Please retain the balance of this letter for your records.

Sincerely,

*Mark Farmer*

Mark Farmer

This is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume that the debt is valid. If you notify this office in writing within 30 days of receiving this notice, that you dispute the validity of the debt or any portions thereof, this office will obtain a copy of a judgement and mail you a copy of such verification . If you request in writing, within 30 days after receiving this notice, this office will provide you the name and address of the original ORIGINAL CREDITOR, if different than the current ORIGINAL CREDITOR.

L1 / 7331

COMPOSITE EXHIBIT A

| Statement Date | ARA File Number | Original Acct Number | Original Creditor | Current Balance | Amount Paid |
|---|---|---|---|---|---|
| February 20, 2017 | 3109793-01 | 4226856219925 | Chase Manhattan Bank | $5,629.33 | $ |

Check one of the following options below and return with your payment.

☐ I have enclosed the full balance of $_____.

☐ I cannot pay my account in full at this time, but I have enclosed the first installment of $_____. If accepted I will pay $_____

☐ I would like to take advantage of the convenient auto-pay feature.
*Please include Bank Routing Number. – Bank Name, Account Number, City & State required.*

☐ Checking Account   ☐ Savings Account

Routing #: _____   Account #: _____

Bank Name: _____   City & State: _____, ____

Signature: _____   Date: ___/___/_____

Please Draft My Payments (circle): Monthly / Semi Monthly(1st & 15th) / Bi-Weekly / Weekly

Beginning ___/___/_____   Phone Number: (optional) _____

**Pay over the phone at (888) 409-5060 Monday – Friday 8am to 5pm CST.**

☐ VISA   ☐ MasterCard   ☐ DISCOVER

ACCT #: [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

EXP. DATE: [ ][ ]/[ ][ ]   CCV: [ ][ ][ ]   AMOUNT $: [ ][ ][ ][ ][ ].[ ][ ]

CARD HOLDER NAME _____

BILLING ADDRESS _____

CITY _____ , STATE ____ ZIP CODE _____

SIGNATURE: _____



Routing Number | Account Number | Check Number

Pay to the order of _____ $ _____

For _____

001

John 2 Sample   1234 5678 9012 3456 999

CCV

ARA Inc.
P.O. Box 5002
Villa Park, IL 60181

Tel: (888) 409-5060   Fax: (888) 315-1550
Hours: Monday - Friday 8:00am to 5:00pm

Please see reverse side
for payment information

****************AUTO**MIXED AADC 350
CELESTE E CRUNK            T19  P1            3109793-01
1216 ETCHFIELD CIR
BRANDON FL 33511-9362

ARA
P.O. Box 5002
Villa Park, IL 60181

February 22, 2017

Please return top portion of this notice with payment.

**ORIGINAL CREDITOR:** Chase Manhattan Bank
**ACCOUNT NUMBER:** 4226856219925
**CURRENT BALANCE:** $5,629.33

ARA FILE #: 3109793-01

This letter is to inform you that ARA Inc. has recently obtained and now is the legal owner of your Chase Manhattan Bank Account. All obligations regarding this debt and any applicable interest and or fees have been fully transferred to this office. As of today, you owe **$5,629.33**, which is now due in full.

Please remit a check for the amount of **$5,629.33** payable to ARA Inc. along with the payment slip above in the self addressed envelope provided. Within 30 days of full payment, you will receive a paid in full letter for your permanent records.

If you are unable to pay the entire balance in full, please call **Mark Farmer** at **ext. 3402** Monday - Friday 8:00am - 5:00pm central to discuss acceptable payment arrangements and answer any questions you may have. Please retain the balance of this letter for your records.

Sincerely,

*Mark Farmer*

Mark Farmer

This is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume that the debt is valid. If you notify this office in writing within 30 days of receiving this notice, that you dispute the validity of the debt or any portions thereof, this office will obtain a copy of a judgement and mail you a copy of such verification. If you request in writing, within 30 days after receiving this notice, this office will provide you the name and address of the original ORIGINAL CREDITOR, if different than the current ORIGINAL CREDITOR.

LI / 5801

| Statement Date | ARA File Number | Original Acct Number | Original Creditor | Current Balance | Amount Paid |
|---|---|---|---|---|---|
| February 22, 2017 | 3109793-01 | 4226856219925 | Chase Manhattan Bank | $5,629.33 | $ |

Check one of the following options below and return with your payment.

☐ I have enclosed the full balance of $_____.

☐ I cannot pay my account in full at this time, but I have enclosed the first installment of $_____. If accepted I will pay $_____

☐ I would like to take advantage of the convenient auto-pay feature.
*Please include Bank Routing Number. – Bank Name, Account Number, City & State required.*

☐ Checking Account   ☐ Savings Account

Routing #: _____   Account #: _____

Bank Name: _____   City & State: _____

Signature: _____   Date: ___/___/___

Please Draft My Payments (circle): Monthly / Semi Monthly(1st & 15th) / Bi-Weekly / Weekly

Beginning ___/___/___   Phone Number: (optional) _____

Pay over the phone at (888) 409-5060 Monday – Friday 8am to 5pm CST.

☐ VISA   ☐ MASTERCARD   ☐ DISCOVER

ACCT #: _____

EXP. DATE: __/__   CCV: ____   AMOUNT $: _____

CARD HOLDER NAME _____

BILLING ADDRESS _____

CITY _____ STATE ____ ZIP CODE ____

SIGNATURE: _____

